UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DOLORES JOSEPH** | § § § | Docket No. 2:23-cv-04503 |
| Versus | § § § | Judge: WENDY B VITTER |
| **GREAT AMERICAN INSURANCE COMPANY** | § § | Magistrate Judge: JANIS VAN MEERVELD |

## VOLUNTARY MOTION TO DISMISS

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss for the reasons set forth below.

1. Plaintiff, DOLORES JOSEPH, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 26, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. After August 26, 2023, it was brought to undersigned counsel's attention by Defense counsel that Plaintiff was not the proper party to bring this action against the insurer Defendant, GREAT AMERICAN INSURANCE COMPANY. Defense counsel provided a declarations page

that indicated the primary insured was Rushmore Loan Management Services, LLC. Plaintiff's insurance became a forced placed policy, which began on May 1, 2019;

6. After investigation, it was determined that Plaintiff did not have the right to bring the claim in dispute.

Accordingly, upon due consideration of the facts and law, undersigned counsel wishes to voluntarily dismiss this claim so that Plaintiff may move forward in state court on this matter.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim.

Respectfully Submitted,

*/s/ Mark Ladd*_____
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com

Chinwe Onyenekwu
Louisiana Bar Number: 34013
chewa@galindolaw.com

Harry E. Cantrell, Jr.
Louisiana Bar Number: 03852
OF Counsel

Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**